## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

JASON DICKERSON                                                          PETITIONER

v.                                                  CIVIL ACTION NO. 3:19-CV-P934-CRS

SCOTT JORDAN, WARDEN                                                    RESPONDENT

### ORDER

Petitioner Jason Dickerson, by counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and paid the filing fee.

A review of the petition indicates that the judgment of conviction under attack arose in Floyd County, Kentucky.  In light of the fact that Petitioner is attacking a conviction from the Floyd Circuit Court, which lies in the United States District Court for the Eastern District of Kentucky, where the witnesses and records are likely to be located, the Eastern District of Kentucky is the more appropriate forum.  *See* 28 U.S.C. § 1404(a) ("For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought . . . ."); *see also Braden v. 30th Judicial Circuit of Ky.*, 410 U.S. 484, 498-500 (1973).  Additionally, under the Joint Local Rules of Civil Practice for the United States District Courts for the Eastern and Western Districts of Kentucky, a "state habeas corpus petition shall be assigned to the jury division that includes the court . . . in which the challenged judgment, conviction or order was rendered."  LR 3.2(b); *see also* LR 3.2(f) ("Any civil action or proceeding may, in the discretion of the Court, be transferred from the jury division in which it is pending to any other division for the convenience of the Court, parties, witnesses, or in the interest of justice.").

Accordingly, **IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 1404(a) and

LR 3.2(f), this action shall be **TRANSFERRED** to the **United States District Court for the**

**Eastern District of Kentucky, Southern Division, at Pikeville**.

**All further filings shall be filed with that court**.  Should further filings be filed in this

Court, the Clerk of Court **shall transfer** the filings to the Eastern District of Kentucky.

Date:  January 21, 2020

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc:      Counsel of Record
4411.005

2