UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

JASON DICKERSON,

    Petitioner,

v.

SCOTT JORDAN, Warden, *et al.*,

    Respondents.

No. 7:20-CV-12-REW-HAI

ORDER

\*\*\* \*\*\* \*\*\* \*\*\*

On January 22, 2020, Petitioner Jason Dickerson's petition pursuant to 28 U.S.C. § 2254 was transferred to this District from the Western District of Kentucky. D.E. 4. On January 23, 2020, the Clerk of Court sent notice to Dickerson's retained counsel, Maureen Sullivan, regarding her admission to practice in this District. D.E. 6. Ms. Sullivan was advised to complete the admission application or file a motion to proceed *pro hac vice* within 30 days of the notice. *Id*. To date, Ms. Sullivan has not submitted an application for admission or a motion to proceed *pro hac vice*.

According, **IT IS HEREBY ORDERED** that a teleconference to discuss Ms. Sullivan's admission status is **SCHEDULED** for **March 20, 2020, at 11:00 a.m.** The call, based in London, will be on the record. To join the teleconference, Ms. Sullivan is **DIRECTED** to call AT&T Teleconferencing at 1-888-675-2535, to enter Access Code 8810053 (followed by "#"), and, when requested, enter the Security Code 2012 (followed by "#").

This the 3rd day of March, 2020.



Signed By:
*Hanly A. Ingram*
**United States Magistrate Judge**